|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| KEENAN D. MOORE, § § Plaintiff, § § versus § § MELINDA DUFF, *et al.* § § Defendants. § | § § § § CIVIL ACTION NO. 9:20-CV-92 § § § § |

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS**

Plaintiff Keenan D. Moore, a prisoner confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Melinda Duff, John M. McCroskey, Brandy L. Mosley, Taliesin R. Stern, Jody L. Vincent, Christina M. Norris, and Mark W. Duff.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted two Reports and Recommendations of United States Magistrate Judge. Defendants Melinda Duff, Brandy Mosley, and Mark Duff filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The magistrate judge recommended granting the motions with respect to the claims against Defendants Mosley and Mark Duff. The magistrate judge also recommended dismissing the due process and conspiracy claims against all Defendants.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Reports and Recommendations.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

### ORDER

Accordingly, Plaintiff's objections (#83) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the reports of the magistrate judge (#77 and #78) are **ADOPTED**. The due process and conspiracy claims against all Defendants are **DISMISSED**. Defendants Brandy Mosley and Mark Duff are **DISMISSED** from this action.

**Signed this date**
**Aug 25, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE