| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

KEENAN D. MOORE, §
　　　　　　　　　　　　　　§
　　　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:20-CV-92
　　　　　　　　　　　　　　§
MELINDA DUFF, *et al.* §
　　　　　　　　　　　　　　§
　　　　　　　Defendants. §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keenan D. Moore, a prisoner previously confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Melinda Duff, John M. McCroskey, Taliesin R. Stern, Jody L. Vincent, and Christina M. Norris.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommended dismissing the claims against Defendants McCroskey, Stern, Vincent, and Norris.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

## ORDER

Accordingly, Plaintiff's objections (#99) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#94) is **ADOPTED**. Defendants John M. McCroskey, Taliesin R. Stern, Jody L. Vincent, and Christina M. Norris are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 26th day of August, 2024.

*[signature]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE