**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KEENAN D. MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:20-CV-92 |
| | § | |
| MELINDA DUFF, | § | |
| | § | |
| Defendant. | § | |

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Keenan D. Moore, a prisoner previously confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Melinda Duff.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends granting Defendant's Motion for Summary Judgment with respect to her argument that Plaintiff is barred from recovering compensatory damages for his retaliation claim and recommends denying the Motion in all other respects.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. In addition, the unspecified pendent state law claims Plaintiff raised for the first time in his objections to the magistrate judge's Report and Recommendation are not properly before the court. *United States v. Armstrong*, 951 F.2d 626, 630 (5th Cir. 1992).

**ORDER**

Accordingly, Plaintiff's objections (#118) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#111) is **ADOPTED**. Defendant's Motion for Summary Judgment (#103) is **GRANTED** to the extent that Plaintiff is barred from recovering compensatory damages for his retaliation claim, and **DENIED** in all other respects. Plaintiff's claims of sexual abuse and retaliation by Defendant Melinda Duff remain pending before the court.

SIGNED at Beaumont, Texas, this 18th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE